AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ADRIAN D. WEBB**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __October 23, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Beretta 9mm semi-automatic pistol and 9mm ammunition.**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER ALVIN CARDINAL__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ALVIN CARDINAL**
**NARCOTICS & SPECIAL INVESTIGATION**
**DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                                                           City and State

_____         _____

**Name & Title of Judicial Officer**                  **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Tuesday, October 23, 2007, at about 6:25 p.m., sworn officers of the Metropolitan Police Department's Narcotics & Special Investigation Division, saw the defendant, Adrian Webb, stop and get off of his bike at Flagler Place and W Street, N.W., Washington, D.C. As officers approached the defendant, the defendant started to get back onto his bike. As the defendant got onto his bike, he grabbed an object in his front waistband area and fled. The officer believing the defendant had a gun, gave a lookout for the defendant. Moments after nearly hitting an unmarked police vehicle, the defendant fell off of his bike at 2nd and W Streets, N.W. As he jumped up, the defendant grabbed his waistband area and ran. While chasing the defendant, officers saw the defendant pull a silver and black handgun from his front waistband area of his pants, and toss it to the ground. Officers located and secured a loaded Beretta 9mm semi-automatic pistol. Officers stopped and placed the defendant under arrest a short time later. Officers recovered $239.00 in U.S. Currency from the defendant's pants pockets. To the best of the undersigned officer's knowledge, defendant Adrian Webb has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 01-404. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Beretta 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.

_____
OFFICER ALVIN CARDINAL
NARCOTICS & SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF OCTOBER, 2007.

_____
U.S. MAGISTRATE JUDGE